# Exhibit 6

# LAKEVIEW LOAN SERVICING, LLC

March 16, 2022



67 1 22034 ********************AUTO**5-DIGIT 01119
EVELYN J RIVERA ROSA

Dear Evelyn J Rivera Rosa,

Lakeview Loan Servicing, LLC ("Lakeview") understands the importance of protecting the information we maintain. We are writing to inform you of an incident that involved some of your information, including your name, address, loan number, and Social Security number and, for some, information provided in connection with a loan application, loan modification, or other items regarding loan servicing. This notice explains measures we have taken and steps that you may consider taking.

We wanted to notify you of this incident and assure you that we take it seriously. We engaged Kroll, a third party with monitoring expertise, to provide identity monitoring services at no cost to you for two years. The identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.
You have until **July 15, 2022** to activate your identity monitoring services.
Membership Number:

For more information on your complimentary two-year membership, as well as additional steps you can take in response to the incident, please see the additional information provided in this letter and visit info.krollmonitoring.com.

We regret that this incident occurred and apologize for any inconvenience. Additional steps are being taken to further enhance our existing security measures. If you have questions about this notice, please call (855) 541-3564 from 8:00 a.m. – 5:30 p.m. Central Time, Monday through Friday (excluding major US holidays).

Sincerely,

Judith Tribble
SVP, Chief Compliance Officer
Lakeview Loan Servicing, LLC

ELN-13280-2