# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EVELYN RIVERA, ALISHIA CARTAGENA, and DOREEN ENDRESS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 1:22-cv-20968-KMM |

## NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS

In accordance with Local Rule 3.8, Plaintiffs Evelyn Rivera, Alishia Cartagena, and Doreen Endress notify the Court of the following pending, refiled, related, or similar actions:

- *Jennifer Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955, S.D. Fla., assigned to the Honorable Darrin P. Gayles;

Respectfully submitted,

Dated: March 31, 2022

By:    /s/ *John A. Yanchunis*

John A. Yanchunis
Ryan D. Maxey
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

Adam E. Polk (*Pro Hac Vice Forthcoming*)
Jordan Elias (*Pro Hac Vice Forthcoming*)
Simon Grille (*Pro Hac Vice Forthcoming*)
Kimberly Macey (*Pro Hac Vice Forthcoming*)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

Joseph M. Lyon (*Pro Hac Vice Forthcoming*)
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
jlyon@thelyonfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system.

I also certify that I will cause the foregoing document to be personally served on defendants with the complaint.

Dated: March 31, 2022    **MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: /s/ *John A. Yanchunis*

John A. Yanchunis
Ryan D. Maxey
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com