AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Evelyn Rivera, Alishia Cartagena, Doreen Endress, Robert Keach, Maureen Keach, and Jay Saporta <br><br> *Plaintiff(s)* <br><br> v. <br><br> Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, and Bayview Asset Management LLC <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-20968-DPG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayview Asset Management LLC
c/o Brian E. Bomstein, Esq.
4425 Ponce De Leon Blvd., 4th Floor
Coral Gables, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John A. Yanchunis
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 4, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Evelyn Rivera, Alishia Cartagena, Doreen Endress, Robert Keach, Maureen Keach, and Jay Saporta<br><br>*Plaintiff(s)*<br>v.<br>Lakeview Loan Servicing, LLC, Pingora Loan Servicing, LLC, and Bayview Asset Management LLC<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-20968-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pingora Loan Servicing, LLC
Corporation Service Company
1900 W. Littleton Blvd.
Littleton, Colorado 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John A. Yanchunis
MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: May 4, 2022

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts